RUPPA, Respondent, vs. AVALON REALTY COMPANY and others, Appellants.*

*May 23—June 22, 1946.*

For the appellants Avalon Realty Company, William C. Kirsten, J. Parish Lewis, George A. Schmitz, and Carl Ema there were briefs by *Gabel & Dineen,* attorneys, and *Brooke Tibbs* of counsel, all of Milwaukee, and oral argument by *Mr. Tibbs* and *Mr. George H. Gabel.*

* Motion for rehearing denied, with $25 costs, on September 28, 1946.

For the appellant Abbie R. Silliman there was a brief by *Whyte, Hirschboeck & Minahan,* and oral argument by *Victor M. Harding,* all of Milwaukee.

For the respondent there was a brief by *Karon & Weinberg,* attorneys, and *Morris Karon* of counsel, all of Milwaukee; and oral argument by *Mr. Karon.*

RECTOR, J. The material facts are the same as in *Gottschalk v. Avalon Realty Co., ante,* p. 78, 23 N. W. (2d) 606, decided herewith, which governs the decision.

*By the Court.*—Judgment reversed, with directions to dismiss the complaint.